AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NORMAN GLENN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 625-048

DEPT. WARDEN WARREN,, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 17, 2026, Glenn's Complaint is dismissed for his failure to pay the filing fee, comply with the Court's Orders, and prosecute this case. This case is dismissed and stands closed.

Approved by: [signature]
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

August 17, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

[signature]
*(By) Deputy Clerk*